DIANE M. MANN, TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ACQUAAH, KWEKU OSAFO | § | Case No. 12-16821-PHX DPC |
| ACQUAAH, THERESA AKUA FAAH | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]        $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was __. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DIANE M. MANN, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 12-16821-PHX DPC Judge: DANIEL P.COLLINS | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | ACQUAAH, KWEKU OSAFO | Date Filed (f) or Converted (c): | 07/26/12 (f) |
| | ACQUAAH, THERESA AKUA FAAH | 341(a) Meeting Date: | 08/28/12 |
| For Period Ending: | 07/12/13 | Claims Bar Date: | 07/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FEDERAL TAX REFUND-2012 (u) | 0.00 | 3,817.23 | | 3,817.23 | FA |
| 2. STATE TAX REFUND-2012 (u) | 0.00 | 247.26 | | 247.26 | FA |
| 3. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT- WF | 0.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT- 1ST CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNT- CHASE BANK-UNEMPLOYMENT | 0.00 | 0.00 | | 0.00 | FA |
| 7. BANK ACCOUNT- 1ST CREDIT UNION | 8.71 | 0.00 | | 0.00 | FA |
| 8. BANK ACCOUNT- HSBC BANK | 5.95 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS & FURNISHINGS | 1,675.00 | 0.00 | | 0.00 | FA |
| 10. BOOKS & ART OBJECTS | 200.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 12. JEWELRY- WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 13. JEWELRY- WEDDING RINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. COSTUME JEWELRY | 100.00 | 100.00 | | 0.00 | FA |
| 15. SPORTS EQUIPMT, PHOTOGRAPHIC, HOBBY | 60.00 | 0.00 | | 0.00 | FA |
| 16. INSURANCE POLICIES TERM LIFE INSURANCE; NO VALUE TO ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 17. AUTOMOBILE- 2012 HONDA LEASE | Unknown | 0.00 | | 0.00 | FA |
| 18. AUTOMOBILE- 2002 DODGE INTREPID | 1,750.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $5,249.66 | $4,164.49 | | $4,064.49 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case No: 12-16821-PHX    DPC    Judge: DANIEL P.COLLINS                          Trustee Name:              DIANE M. MANN, TRUSTEE
Case Name: ACQUAAH, KWEKU OSAFO                                                  Date Filed (f) or Converted (c):  07/26/12 (f)
           ACQUAAH, THERESA AKUA FAAH                                            341(a) Meeting Date:       08/28/12
                                                                                 Claims Bar Date:           07/10/13

RND WAS W/D AS TRUSTEE RECEIVED TAX REFUNDS. April 08, 2013. ALL ASSETS COLLECTED AND CASE TO CLOSE AFTER POC BAR DATE.

April 16, 2013; May 22, 2013; June 22, 2013. TFR FILED. July 12, 2013 (DMMANN)

Initial Projected Date of Final Report (TFR): 08/30/13    Current Projected Date of Final Report (TFR): 08/30/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-16821-PHX -DPC | | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | ACQUAAH, KWEKU OSAFO | | Bank Name: | UNION BANK |
| | ACQUAAH, THERESA AKUA FAAH | | Account Number / CD #: | *******9369  Checking Account |
| Taxpayer ID No: | *******2916 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/13 | 1, 2 | DEBTORS | TAX REFUNDS | 1224-000 | 4,064.49 | | 4,064.49 |
| 04/12/13 | 010001 | U. S. BANKRUPTCY COURT<br>CLERK OF THE COURT<br>230 N FIRST AVE, STE 101<br>PHOENIX, AZ 85003-1706 | RE-OPENING FEE | 2700-000 | | 260.00 | 3,804.49 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,789.49 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,774.49 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,064.49 | 290.00 | 3,774.49 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,064.49 | 290.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,064.49 | 290.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9369 | 4,064.49 | 290.00 | 3,774.49 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,064.49 | 290.00 | 3,774.49 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     4,064.49     290.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16821-PHX DPC
Case Name: ACQUAAH, KWEKU OSAFO
       ACQUAAH, THERESA AKUA FAAH
Trustee Name: DIANE M. MANN, TRUSTEE

Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01 | American Honda Finance Corporation | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Charges: U. S. BANKRUPTCY COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) (Page: 6)
Case 2:12-bk-16821-DPC    Doc 25    Filed 08/23/13    Entered 08/23/13 17:56:57    Desc
Main Document     Page 6 of 8

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | J & H Systems, LLC | $ | $ | $ |
| 03 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 04 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 05 | Capital One, N.A. | $ | $ | $ |
| 06 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 07 | LVNV Funding, LLC its successors and assigns as | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE